UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls |
| v. | : Criminal No. 07-549 |
| STANLEY FOOTE, a/k/a "Murder," | : AMENDED CONTINUANCE ORDER |
| KENNETH ROBERTS, a/k/a "Woah," | : |
| HANIF ZEIGLER, a/k/a "Buck," and | : |
| WILLIAM HENDERSON, a/k/a "Roy" | : |

This matter having come before the Court on the joint
application of Christopher J. Christie, United States Attorney
for the District of New Jersey (Lisa M. Colone, Assistant U.S.
Attorney, appearing), defendant Stanley Foote (James P. Kimball,
Esq., appearing), defendant William Henderson (Joseph R. Donahue,
Esq., appearing), and defendant Hanif Zeigler (Alan Dexter
Bowman, Esq., appearing), for an order granting a continuance of
the proceedings in the above-captioned matter for a period of 120
days, and the defendants being aware that they have the right to
have the matter brought to trial within 70 days of the date of
their appearance before a judicial officer of this court pursuant
to Title 18 of the United States Code, Section 3161(c)(1), and as
the defendants have consented to such a continuance, and for good
and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1.   Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize plea agreements, which would render trial of this matter unnecessary;

2.   Defendants have consented to the aforementioned continuance;

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this _____14_____ day of July, 2008,

IT IS ORDERED that this action be, and hereby is, continued for a period of 120 days; and it is further

ORDERED that the period from and including July 2, 2008, through and including November 3, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

PRETRIAL MOTIONS BY:     **July 28, 2008**

OPPOSITION TO MOTIONS BY:  **August 18, 2008**

MOTIONS HEARING DATE:    **September 22, 2008**

TRIAL SET FOR:         **October 27, 2008**

_____
HON. WILLIAM H. WALLS
United States District Judge

_____
James B. Kimball, Esq.
Counsel for Stanley Foote

_____
Joseph R. Donahue, Esq.
Counsel for William Henderson

_____
Alan Dexter Bowman, Esq.
Counsel for Hanif Zeigler

Jul 08 09:47a
JUL-09-2008 12:22 From:
Case 2:07-cr-00549-WHW   Document 67   Filed 07/14/08   Page 4 of 5 PageID: 237
To:912014889559
P.3
P.4/4

ORDERED that the calendar for this matter shall be revised as follows:

PRETRIAL MOTIONS BY:     **July 28, 2008**

OPPOSITION TO MOTIONS BY:  **August 18, 2008**

MOTIONS HEARING DATE:    **September 22, 2008**

TRIAL SET FOR:           **October 27, 2008**

_____
HON. WILLIAM H. WALLS
United States District Judge

_____
James P. Kimball, Esq.
Counsel for Stanley Foote

_____
Joseph E. Donahue, Esq.
Counsel for William Henderson

_____
Alan Dexter Bowman, Esq.
Counsel for Hanif Zeigler

ORDERED that the calendar for this matter shall be

revised as follows:

PRETRIAL MOTIONS BY:        **July 28, 2008**

OPPOSITION TO MOTIONS BY:   **August 18, 2008**

MOTIONS HEARING DATE:       **September 22, 2008**

TRIAL SET FOR:              October 27, 2008

HON. WILLIAM H. WALLS
United States District Judge

_____
James P. Kimball, Esq.
Counsel for Stanley Foote

_____
Joseph R. Donahue, Esq.
Counsel for William Henderson

_____
Alan Dexter Bowman, Esq.
Counsel for Hanif Zeigler