PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William Henderson　　　　　　　　　　　　　　Cr.: 07-00549-003
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 48205

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 04-13-09

Original Offense: Possession of Narcotics (21 U.S.C. § 844)

Original Sentence: 25 months imprisonment; 2 years supervised release

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: 04/13/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Henderson violated the standard condition, **'You shall not purchase, possess, use, distribute or administer any narcotic.'** |
|  | On May 26, 2009, a urine specimen Henderson submitted on May 14, 2009, returned from the lab yielding positive for cocaine. |

U.S. Probation Officer Action: Henderson will be regularly urine tested at the RRC. In addition, his case will be referred to our Drug Treatment Specialist for enhanced supervision.

Respectfully submitted,

By: Kevin M. Villa
U.S. Probation Officer
Date: 05/28/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

May 28, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
United States Senior District Judge
P.O. Box 0999
Newark, New Jersey 07102-0999

RE:   HENDERSON, William
      Case No. 07-00549-003
      **Notice of Non-Compliance**

Dear Judge Walls:

On April 13, 2009, Your Honor sentenced William Henderson after his conviction for Possession of Cocaine Base (21 U.S.C. 844 (a)) to time served (25 months) and two years supervised release with the following special conditions: DNA testing, drug testing/treatment, a $100 special assessment and a $1,000 fine. Henderson was released from custody on the day of sentencing.

On May 14, 2009, the offender submitted to a urine screen during the intake process at the Residential Re-Entry Center (RRC) in Newark. The specimen was sent to the lab and was returned as a positive for cocaine on May 26, 2009. The offender was admonished for his actions and will be regularly urine tested at the RRC. In addition, Henderson's case will be referred to our Drug Treatment Specialist for enhanced supervision.

We have attached the Probation Form 12A for your review and approval. If you have any questions, please feel free to contact the undersigned officer at (973) 645-4692.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U. S. Probation Officer

By:   Kevin M. Villa
      U. S. Probation Officer

/kmv
attachment