PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William Henderson    Cr.: 07-00549-003
PACTS Number: 48205

Name of Sentencing Judicial Officer: the Honorable William H. Walls

Date of Original Sentence: 04-13-09

Original Offense: Possession of Cocaine Base (21 U.S.C.844 (a))

Original Sentence: Time served (25 months)

Type of Supervision: 2 years supervised release    Date Supervision Commenced: 4-13-09

### PETITIONING THE COURT

[ ]  To extend the term of supervision for ___ Years, for a total term of ___ Years.
[X]  To modify the conditions of supervision as follows.

That the order of April 29, 2009 is hereby rescinded, and the offender may be released from the Toler House facility.

### CAUSE

The offender was placed in the Toler House Community Corrections Center due to his lack of housing. At this time, we are in the process of placing the offender in alternative housing at the Urban Renewal Program in Newark.

Respectfully submitted,
By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 8/25/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer