PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William Henderson

Cr.: 07-00549-003
PACTS #: 48205

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 04/13/09

Original Offense: Possession of Cocaine Base

Original Sentence: Time Served (25 months incarceration), two-year-term of supervised release; drug testing and treatment; and DNA testing

Type of Supervision: Supervised Release                   Date Supervision Commenced: 04/13/09

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1                      The offender tested positive for cocaine on September 22, 2010 and October 7, 2010.

U.S. Probation Officer Action:

The offender is currently receiving treatment at Integrity House to address his relapse issues, and he was returned to phase one of the random urine monitoring program.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 11/05/10

*The Courts endorsement of the petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date