**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

April 11, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-317
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
Martin Luther King Jr.
Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: Henderson, William
DKT. NO. : 07-00549-003
*Request to allow supervision to expire with restitution owing*

Dear Judge Walls:

On April 13, 2009, Henderson was sentenced by Your Honor to time served (25 months) followed by two years of supervised release for Possession of Cocaine Base. His term of supervised release began immediately. The offender was in Integrity transitional housing, and recently secured an apartment of his own.

The offender's case expire's tomorrow, April 12, 2011.

The offender has paid his special assessment, but was unable to pay the fine of $1,000.00. The offender is collecting social security and is on a fixed income. He has a part-time job as a barber, however, he only makes enough income to meet his monthly expenses. We will notify the Financial Litigation Unit to continue to collect after expiration of his case. Should the Court concur with our request to allow the term to expire with restitution owing., please sign below and return to the Probation Office. If Your Honor wishes to discuss this matter further, please contact the undersigned officer at (973) 207-9955.

Honorable William H. Walls
I agree to allow the supervision
to end with restitution owing_____

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kellyanne Kelly
Senior U.S. Probation Officer

/kak